ALABAMA JUDICIAL INFORMATION CENTER

CCH
3/11/96 (4)

**CASE ACTION SUMMARY**
**CIRCUIT CRIMINAL**

CASE: CC 95 000670.00

THE CIRCUIT COURT OF TUSCALOOSA COUNTY
OF ALABAMA
VS
BRATTON JOHN ALLEN
317 REDFERN STREET
HOMEWOOD, AL 35042-0000

JUDGE: JHE

CC 95 000670.00

COPY

DOB: 02/17/49  RACE: W  SEX: M
SSN: 419640816  ALIAS NAMES:
HT: 5'10"  WT: 220  HR: BROWN  EYE: BROWN

CHARGE1: ROBBERY 1ST
CODE1: ROB1  LIT: ROBBERY I  TYPE: F

OFFENSE DATE: 02/03/95    AGENCY/OFFICER: TCSO  LIPSEY

DATE WAR/CAP ISS:
DATE INDICTED: 05/26/95
DATE RELEASED: 03/03/95
BOND AMOUNT: $20,000.00

DATE ARRESTED: 03/03/95
DATE FILED: 05/26/95
DATE HEARING:
SURETIES: PROPERTY

DESC: 0000  TIME: 0000
DESC: 0000  TIME: 0000

6/5/96 George Nassaman
DEF/ATY: CORNWELL MICHAEL CLARK
PROSECUTOR: FREEMAN CHARLES  Thomas Smith  TYPE: R

DC CASE: DC95020240  CHK/TICKET NO:
COURT REPORTER  SID NO: 000383280  GRAND JURY: 2225
DEF STATUS: BOND  DEMAND: Y  OPID: EMA

Exhibit I

DATE | ACTION, JUDGMENTS, CASE NOTES

JUL 10 1995 | SET ON JUDGE ENGLAND AUG 25 1995. ARRAIGNMENT DOCKET.

6/8/95 | EXPLANATION OF RIGHTS AND/OR PLEA OF NOT GUILTY BY WAIVER OF ARRAIGNMENT FILED. By Atty Michael Cornwell

SEP. 13 1995 | SET ON JUDGE ENGLAND OCT 23 1995 PRE-TRIAL DOCKET.

9/27/95 | State's Motion for Consolidation of Defendants for Trial filed by the DA's office (Tommy Smith)

10/3/95 | Motion to consolidate with CC-95-698 is set for hearing on 11/8/95 at 10:00 Am. ENGLAND.

10/23/95 | Pre-Trial Conference held. Case announced for TRIAL.

_Judge Presiding_

NOV. 3 1995 | SET ON JUDGE ENGLAND DEC 11 1995 JURY DOCKET.

# CASE ACTION SUMMARY
## CONTINUATION SHEET

Case Number: CC 95 670

Style: STATE OF ALABAMA VS. John Allen Bratton

**COPY**

| DATE | |
|---|---|
| 11/15/95 | Order giving defendant 7 days to respond to motion to consolidate is placed in file. |
| 12/6/95 | Motion to Continue filed by Atty Mike Cornwell. |
| 12/8/95 | Continued to next docket. |
| DEC 22 1995 | SET ON JUDGE ENGLAND JAN 22 1996 JURY DOCKET. |
| 1/22/96 | Continued to next jury docket. |
| JAN 30 1996 | SET ON JUDGE ENGLAND FEB 26 1996 JURY DOCKET. |
| 2/21/96 | SUI filed by Mike Cornwell to: Custodian of Records-First Care |
| 2/23/96 | Notice of Intent to Invoke the Habitual Offender Treatment Statute and to Use Convictions for Impeachment filed by the DA's office. |
| 2/27/96 | Amended Notice of Intent to Invoke the Habitual Offender Statue And To Use Convictions for Impeachment filed by the DA's office. |
| 2/28/96 | Consolidated for trial with CC-95-658. |

CC-95 + 70

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| /4/96 | Defendant heretofore having been indicted and arraigned upon an indictment on a charge of _Robbery I_, and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men, to-wit, _Anderson Walker_, and eleven others, who being duly empanelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant, _John Allen Bratton_ being in open Court at each and every stage and during all the proceedings in this cause, now on this the _4_ day of _March_, 19_96_, said jurors upon their oaths do say: |
| /4/96 | "We, the jury, find the Defendant, John A. Bratton, guilty of Robbery in the First Degree, as charged in the indictment."<br><br>/S/ Anderson Walker<br>FOREPERSON |
| /4/96 | The Court heard the evidence and found that Defendant was an habitual offender with at least 3 prior qualifying felonies.<br><br>JOHN H. ENGLAND, Circuit Judge |
| /96 | The Court therefore adjudges the Defendant guilty of _Robbery I as a Habitual offender with at least 3 prior qualifying felonies_ The Defendant being in open Court and being asked by the Court if he has anything to say why the sentence of law should not be pronounced upon him says nothing. It is therefore considered by the Court and it is the judgment and sentence of the Court that this Defendant, be imprisoned in the penitentiary of the State of Alabama for period of _Life without parole_ _5000 VCA, 332.00 Restitution is ordered_, as punishment for his crime in the manner and form provided by law.<br><br>This the _4_ day of _March_ 19_96_. |
| 4/96 | The defendant filed oral notice of appeal in open Court. This cause is ... |

| | |
|---|---|
| State of Alabama Unified Judicial System | Case Number |
| Form C-7 Rev. 2/79 | **CASE ACTION SUMMARY CONTINUATION** COPY | CC 95 670 |

Style: State of Alabama vs. John Allen Bratton

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 3/4/96 | Confine Notice sent to the S/O by Judge England; found guilty of Robbery I & sentenced. |
| 3/11/96 | Transcript prepared & sent to the Dept. of Corrections. |
| 3/11/96 | Notice of Appeal prepared & mailed to Ct. of Criminal Appeals, Atty. Gen., etc. |
| 3/22/96 | Court of Criminal Appeals, & Docketing Statement filed by Atty. Mike Cornwell. |
| 3/22/96 | Docketing Statement & Reporter's Transcript mailed to the Ct. of Criminal Appeals, & Atty. Gen. Office (Distributed locally). |
| 4/3/96 | Motion for Judgment of Acquittal or In the Alternative For New Trial filed by Mike Cornwell. |
| 4/10/96 | Motion for Judgment of Acquittal or in the alternative for a new trial set for hearing on 4/25/96 at 10:30 AM. |
| 4/12/96 | Motion to Continue filed by Mike Cornwell |
| 4/12/96 | Affidavit of Substantial Hardship & Order filed. |

— over —

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 4/18/96 | Motion for Judgment of Acquittal or in the alternative New Trial Reset on May 1, 1996 at 10:00 Am. and continued from April 25, 1996 by agreement of the parties. |
| 4/19/96 | Motion to Continue filed by the DA's office (Tommy Smith) |
| 5/1/96 | With the expressed consent of the parties, the Motion for Judgment of Acquittal or New Trial is continued to May 17, 1996 at 10:30 A.M. |
| 1/25/96 | Request to Extend Time for Completion & Filing Reporter's Transcript filed by Peggy Canterbury. |
| 5/1/96 | State's response in opposition to defendant's Motion for Judgment of Acquittal or in the Alternative for New Trial filed by the DA's office in Open Court (in the Judge's office) |
| 5/6/96 | Motion for Judgment of Acquittal or in the alternative for New Trial continued by agreement of parties, and reset for hearing on May 17, 1996 at 10:30 Am. |
| 5/28/96 | 553 Pages of Transcript on Appeal filed by Court Reporter Peggy Canterbury. |

COPY

| | CASE ACTION SUMMARY CONTINUATION SHEET | Case Number CC 95 670 |
|---|---|---|

Style: STATE OF ALABAMA VS. John Allen Bratton

COPY

| DATE | |
|---|---|
| 5/29/96 | This cause was before the Court on May 17, 1996 for hearing on the Defendant's motion for Judgment of Acquittal or in the alternative motion for a New Trial. Having considered said motions and the arguments of the parties, the Court finds that said motions are due to be and are hereby DENIED.<br><br>JOHN H. ENGLAND, JR., Circuit Judge |
| 5-31-96 | 756 Pages (3 volumes of 200 Pages and 1 volume of 156 Pages) of Transcript & Court Record mailed by Certified mail to Court of Criminal Appeals, copy mailed by first class mail to Attorney General, copy prepared for Attorney Michael Cornwell, and copy retained in Clerk's office. |
| 6-5-96 | Notice of Appearance filed by Attorney George Nassaney |
| 6/7/96 | Motion and Affidavit in Support of Motion for Leave to Appeal In Forma Pauperis filed by Marie Prine in George Nassaney office. |
| 6/10/96 | Motion for leave to Appeal In Forma Pauperis is granted. |
| 6/18/96 | Motion to Stay Time for Filing Briefs filed by Atty George Nassaney |
| 6-20-96 | 69 pages of Supplemental Record mailed to Court of Criminal Appeals by certified Mail and to Attorney General by 1st Class Mail |

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 6/24/96 | Received an Order from the Ct. of Criminal Appeals. **COPY** |
| 11/14/97 | Received Memorandum from Court of Criminal Appeals stating case affirmed on 11/14/97 (See Memorandum in file) |
| 3/6/98 | Received Notification from Court of Criminal Appeals stating applications for Rehearing overruled; (Rule 39(K) motion denied. (See file) |
| 3/26/98 | Received Certificate of Judgment from Court of Criminal Appeals stating appeal affirmed on 11/14/97 (See Certificate in file) |
| 4/13/98 | Revised transcript prepared & mailed to the Dept. of Corrections |
| 4/9/99 | Received a letter from the defendant through the mail. |
| 7/13/99 | Motion for Partial Trial Transcript filed by deft. |
| 7/20/99 | The Court having determined that there is no transcript of what defendant characterizes as in camera proceedings and no transcript of the closing argument from the Trial, Defendant's Motion for Partial Transcript is Denied. |
| 1/2/04 | Set for hearing on motion to reconsider sentence on Jan. 14th @ 2:00 pm. |

| State of Alabama Unified Judicial System  Form C-7 Rev. 2/79 | CASE ACTION SUMMARY CONTINUATION | Case Number CC 95 670 |
|---|---|---|

Style: State vs John Bratton    Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| | **COPY** |
| 3/23/05 | This cause was before the Court on hearing on the Motion to modify sentence filed by Defendant. Defendant was present in court with his attorney Mike Cornwell. The Court took the Motion under advisement to consider whether the Court could require Defendant to complete Drug treatment as a condition to converting to straight life or could require drug treatment as a condition to parole. /s/ Judge |
| 3/30/05 | Order on Defendant's Motion to Reconsider sentence of life without parole and Order sentence of life placed in file. /s/ Judge |

I, Frances Brazeal, CLERK, CIRCUIT COURT, CRIMINAL DIVISION, DO HEREBY CERTIFY THAT THE FOREGOING IS A FULL, TRUE AND CORRECT COPY OF THE DOCUMENT(S) HEREWITH SET OUT AS SAME APPEARS OF RECORD IN SAID COURT. WITNESS MY HAND THIS 30th DAY OF March 20 05.

Frances A. Brazeal
Acting Circuit Clerk

ROBERTS & SON, INC., P.O. BOX 1807, BIRMINGHAM, ALABAMA 35201    TELEPHONE 822-31