

# ALABAMA JUDICIAL INFORMATION CENTER
## CASE ACTION SUMMARY
## CIRCUIT CRIMINAL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
CASE CC 92 004233 00
JUDGE: JHH

STATE OF ALABAMA VS HENRY JAMES EDWARD
1113 22ND AVE NO
BHAM AL 35204-0000

CASE CC 92 004233 00
DOB 09/01/55  RACE B  SEX M  HT 511  WT 155  HR BLK  EYE BRO
SSN 416765399  ALIAS NAMES: HALL RONALD

CHARGE1 ROBBERY 1ST DEGREE          CODE1 ROB1 LIT ROBBERY 1   TYPE F
CHARGE2                              CODE2 0000                 TYPE O
CHARGE3                              CODE3 0000                 TYPE O
OFFENSE DATE 05/16/92  AGENCY/OFFICER BPD

DATE WAR/CAP ISS   /  /
DATE INDICTED 09/04/92         DATE ARRESTED 05/27/92
DATE RELEASED   /  /           DATE FILED 09/11/92
BOND AMOUNT $10,000.00         DATE HEARING   /  /
                                SURETIES PROPERTY

DATE 1          DESC 0000   TIME 0000
DATE 2          DESC 0000   TIME 0000

DEF/ATY STRIPLING, GEORGE M
PROSECUTOR BARBER, M DAVID        TYPE A

DC CASE 9200414200   CHK/TICKET NO
COURT REPORTER              SID NO 13366          GRAND JURY 8/4/92
DEFENDANT STATUS BOND                              OPID DIG

DATE        ACTIONS, JUDGMENTS, CASE NOTES
NCIC 1299 ALSO CASE 92-4234

9-11-92   Set for Pre-trial hearing before
          Judge Hard on 10-30-92 at 1:00    JHH
          Plea of not guilty and waiver of arraignment filed in open court

10-30-92  Set for Trial before Judge Hard
          on 12-7-92 at 9:00 AM O'Clock    JHH

11-2-92   Trip issued for 12-7-92

11-4-92   MOTION TO PRODUCE
11-4-92   MOTION TO SUPPRESS EVIDENCE
11-4-92   MOTION FOR DISCLOSURE OF IMPEACHING INFO
11-4-92   MOTION TO INSPECT, EXAM & TEST PHYSICAL EVIDENCE
11-4-92   MOTION TO DISMISS
11-4-92   MOTION FOR INFO NECESSARY TO RECEIVE FAIR TRIAL

11-23-92  Filing(s) of D 11/2/92

ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 92 004233 00
JUDGE ID: JHH

STATE OF ALABAMA   VS   HENRY JAMES EDWARD

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 12-9-92 | Set for Trial before Judge Hard on 3-8-93 at 9:00 O'Clock |
| 12-9-92 | |
| 1-13-93 | Subp issued for 3-8-93 |
| 2-10-93 | BOND DEEMED INSUFFICIENT ON SURETY req ARNETTA FOSTER D.D.A. |
| 2-10-93 | ALIAS WRIT ORDER BOND RAISED TO $100 BOND |
| 2-11-93 | Alias writ issued |
| 3-18-93 | Committed to Jail |
| 2-12-93 | ORDER OF 12-9-92 SET ASIDE |
| 2-22-93 | Set for Trial before Judge Hard on 4-19-93 at 9:00 O'Clock |
| 3-22-93 | Subp issued for 4-19-93 |
| 4-19-93 | [illegible handwriting] |

| State of Alabama Unified Judicial System Form C-7, Rev 2/79 | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Style: Enoch | | ID  YR  Number |

Page Number ____ of ____ Pages

### ACTIONS, JUDGMENTS, CASE NOTES

**4/19/93** — Deft + family present in open court.

The defendant being called before the Court for sentence and asked whether he has anything to say as to why sentence should not be pronounced against him says _no sir_. It is the judgment and sentence of the Court that the defendant be imprisoned in the penitentiary for a term of _Life without Parole_ and it is hereby ordered that the defendant be credited with all of his actual time spent incarcerated in the Jefferson County Jail pending trial of this cause unless he was serving time for another offense. _Eligibility_

_____, Judge

Court is convinced to an absolute certainty that Deft has suffered three prior felony convictions that amount to a sentence of life without parole under §13A-5-9(c)(3). Deft does not contest that he has three priors that amount to WOP.

Defendant gives notice of appeal. Defendant is found to be indigent. A free transcript is hereby ordered according to law and the Hon. _Jan Loomis_ is appointed to represent defendant on appeal. Appeal bond is set in the amount of _No Bond_.

_____, Judge

Mr. Loomis appointed — _____

| State of Alabama Unified Judicial System  Form C-7 Rev 2/78 | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Style: | | |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | |
|---|---|---|
| 5-22-97 | Jury is sworn — | |
| | Case goes to a conclusion | |
| | Photos do not go | |
| | into evidence | |
| | arguments & charge | |
| | NO EXCEPTIONS to | |
| | court charge | |
| | Jury convicts Def. | |
| | Sentenced to prison | |

| State of Alabama Unified Judicial System<br>Form C-7, Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number |
|---|---|---|

Style:

Ct. Reporter **ENOCH**          JURY VERDICT          Page Number ____ of ____ Pages

**DATE**          ACTIONS, JUDGMENTS, CASE NOTES

**4-23-93**   Defendant heretofore having been arraigned upon an indictment on a charge of **ROBBERY FIRST DEGREE** and heretofore having plead not guilty thereto, issue joined on said plea. Thereupon comes a jury of good and lawful men, to-wit **JOSE PERRY** and eleven others, who being duly empanelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant **JAMES EDWARD HENRY** being in open Court at each and every stage and during all the proceedings in this cause, now on this the **23** day of **APRIL**, 19**93** said jurors upon their oaths do say:

We, the jury, find the defendant **JAMES EDWARD HENRY** of **ROBBERY FIRST DEGREE** as charged in the indictment.

**JOSE PERRY**
Foreperson

In accordance with the jury verdict, the defendant is adjudged **GUILTY** as charged in the indictment.

_[signature]_
Circuit Judge

**SENTENCING SET 4-29-93 1:30 PM**

Case 3:05-cv-01105-MEF-VPM   Document 1-3   Filed 11/17/2005   Page 6 of 9

# State of Alabama Unified Judicial System
## CASE ACTION SUMMARY CONTINUATION

Case Number: CC 92 4233

Page Number 6 of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| | for New Trial ☐ /s/ Hard |
| | Court recommends that subject be housed at St. Clair facility. /s/ Hard |
| 5-6-93 | F+C RETAXED /s/ |
| 5-10-93 | [illegible] |
| 5/18/93 | (Parties notified) |
| 5/12/93 | (Motion for New Trial) |
| 5/24/93 | (Motion for New Trial Denied) /s/ Hard |
| 5/24/93 | (Parties notified) |
| 5/24/93 | (Docketing Statement & Reporters [illegible] Order) /s/ Hard |
| 5/24/93 | (Cert mailed) |
| 7/2/93 | (Return [illegible]) |

| State of Alabama Unified Judicial System Form C-7 Rev 2/79 | CASE ACTION SUMMARY CONTINUATION | Case Number CC 92-4233 |
|---|---|---|

Style:

Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 7-23-93 | Order grants D until 8-20-93 for file record on appeal. |
| 8-20-93 | Record on Appeal mailed |
| 3-25-94 | Affirmed by memorandum |
| 4-12-94 | Certificate of Affirmance Ex/S/b |
| 5-6-94 | Board of Corrections notified |
| 9/2/94 | SET FOR Ct INFO 10/31/94 9AM JTH |
| 11/2/94 | Case passed to 2/6/95 and Department of Corrections and Institutions ordered to have DEFENDANT in court by said date. /s/ Hard, Judge — DELETE |
| 11/2/94 | Set for Trial before Judge Hard on 2/6/95 at 9AM O'Clock JTH — DELETE |
| 11/2/94 | SET FOR Ct INFO 2/6/95 9AM JTH |
| 2/6/95 | SET FOR Ct INFO 4/25/95 9AM JTH |
| 3-20-95 | Ms. Martin shall furnish to D.A. Highfullester the certain photo line-up made part of record |
| ? | [illegible] |

ACRO36   ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CONTINUATION

STATE OF ALABAMA                              CASE: CC 1992 004233.00
                                              JUDGE ID: JHH
                        VS  HENRY JAMES EDWARD

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 3/15/05 | **FILE RETURNED FROM COURT ROOM** |
| 3/15/05 | Amend trans |
| 1-29-05 | Motion for sentence modification pursuant to Act 2001-977 |
| 2-18-05 | State's motion to dismiss defendant's motion for reconsideration, reduction and/or re-sentencing |

```
59 ALABAMA  JUDICIAL  INFORMATION  CENTE
              CASE ACTION SUMMARY
                 CONTINUATION
STATE OF ALABAMA                               CASE: CC 1992 004233.0
                                               JUDGE ID: JHH
                           VS   HENRY JAMES EDWARD
DATE        ACTION, JUDGMENTS, CASE NOTES
```

Originally Filmed On Roll 35 Frame 2

| Date | Action |
|---|---|
| 9-10-04 | Motion For Reconsideration of Sentence |
| 9/30/04 | Pass to 1/7/05 /s/ J. Hard 9/30 |
| 3/9/05 | Motion for Reconsideration is Granted — Sentence of 4/29/93 is amended as follows: It is the judgement & sentence of the court that the def. be imprisoned in the penitentiary for a LIFE Term, this Def is eligible for parole consideration. Clerk to forward DOC an amended T/C. /s/ J. Hard 3/9/05 |