941

Act No. 2001-977

H. 61 – Reps. Newton (D), Perdue, Robinson (O), Rogers (J), Dunn, Hilliard, Major and Melton

## AN ACT

Relating to persons sentenced as habitual offenders; to provide further for eligibility for parole consideration of non-violent offenders.

*Be It Enacted by the Legislature of Alabama:*

**Section 1.** The provisions of Section 13A-5-9 of the Code of Alabama 1975, shall be applied retroactively by the sentencing judge or presiding judge for consideration of early parole of each non-violent convicted offender based on evaluations performed by the Department of Corrections and approved by the Board of Pardons and Paroles and submitted to the court.

**Section 2.** This act shall become effective on the first day of the third month following its passage and approval by the Governor, or its otherwise becoming law.

Approved September 29, 2001

Time: 9:00 A.M.

Exhibit: 5