**Section 13A-5-9.1**

**Retroactive application of Section 13A-5-9.**

The provisions of Section 13A-5-9 shall be applied retroactively by the sentencing judge or presiding judge for consideration of early parole of each nonviolent convicted offender based on evaluations performed by the Department of Corrections and approved by the Board of Pardons and Paroles and submitted to the court.

*(Act 2001-977, 3rd Sp. Sess., p. 941, §1.)*

Exhibit: 6