IN   THE   UNITED   STATES   DISTRICT   COURT

FOR   THE   MIDDLE   DISTRICT   OF   ALABAMA

**TONY EUGENE GRIMES,**
　　　　　Plaintiff,　　　　　　§

　　　　　　　　　　　　　　　　　RECEIVED

vs.　　　　　　　　　　　　　　　2006 JAN -9  A 10: 01

　　　　　　　　　　　　　　§　　civil action no. 3:05cv 1105-F

　　　　　　　　　　　　　　　　DEBRA P. HACKETT, CLK
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT
**LEE COUNTY CIRCUIT COURT, et al.,**　MIDDLE DISTRICT ALA
　　　　　Defendant(s).　　　　§


EX PARTE  --  MOTION  FOR  LEAVE  TO  FILE  BRIEF  IN  SUPPORT
OF  VALIDITY  &/or  LEGAL  STANDING  OF  CLAIM  WITHIN  COMPLAINT

　　　The Plaintiff moves this Court, via **Ex Parte**, for leave to file
a supporting Brief to the legal standing and validity of the claims/
requested relief within His complaint, in effort to bring tidy standard
of review to this litigation pending within this Court.


　　　Due to the Plaintiff seeks to challenge relevant matters within
His post-conviction litigation that is in pertinent to discoverable
material that this litigation will provide upon/after prosecution,
and to which, is vital to tolling provisions applicable to a court
of competent jurisdiction, State (or) Federal.


　　　WHEREFORE, premises considered, this Plaintiff (via Ex
Parte), **PRAY** this Honorable Court **GRANT** Him leave to file a Brief
in support to the validity &/or legal standing of this 'complaint'.


　　　　　　　　　　　　submitted respectfully,

January  3,2006　　　　　_Tony Eugene Grimes_
　　Date　　　　　　　　TONY EUGENE GRIMES #148206
　　　　　　　　　　　　100 Warrior Lane
　　　　　　　　　　　　Bessemer, Al. 35023