IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| TONY EUGENE GRIMES, #148 206 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-1105-F |
| LEE COUNTY CIRCUIT COURT, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's *Ex Parte* Motion for Leave to File Brief in Support of Validity &/or Legal Standing of Claim Within Complaint (Doc. No. 5), and for good cause, it is

ORDERED that the motion be and is hereby DENIED.

Done this 11th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE