IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

TONY EUGENE GRIMES, #148 206                *

   Plaintiff,                                                          *

         v.                                                    * CIVIL ACTION NO. 3:05-CV-1105-F

LEE COUNTY CIRCUIT COURT, *et al.*,        *

   Defendants.                                                    *

_____

**ORDER ON MOTION**

On January 17, 2006 Plaintiff filed a pleading styled as *Motion to Remove Litigation from Magistrate Judge. . . Supervision*, which the court construes as a Motion for Recusal. Upon consideration of the motion, and as Plaintiff provides no meritorious reason warranting recusal of the undersigned from the present proceedings, it is

ORDERED that the Motion for Recusal (Doc. No. 7) be and is hereby DENIED.

Done this 19th day of January 2006.

                                      /s/ Vanzetta Penn McPherson
                                      VANZETTA PENN MCPHERSON
                                      UNITED STATES MAGISTRATE JUDGE