IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TONY EUGENE GRIMES, #148206
    Plaintiff,

v.

LEE COUNTY CIRCUIT COURT, et al.,
    Defendants.

*RECEIVED
2006 JAN 23 A 9:56

civil action no. 3:05-cv-1105-T

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

Pursuant to applicable Federal Rules, Procedures, Statutes, & Practices the Plaintiff Motion the Court for extension of time to file objection(S) to the Magistrate's judge Recommendation of January 6,2006, with the following:

1. Within the 'January 6,2006 magistrate judge recommendation', it deadlines the Plaintiff to file 'objection' toward the "recommendation on or before January 20,2006".

2. The Plaintiff received the "January 6th recommendation" on Monday night, the 9th of January, 2006.

3. On January 10,2006, the Plaintiff received another 'recommendation' from the magistrate judge pertaining to separate litigation within this Court under the case number/style : TONY EUGENE GRIMES v. KENNETH I. JONES, civil action no. 3:05-cv-1226-F, and the objections with that litigation is due the 23rd January,2006.

4. The Plaintiff needs to detail with His objection(S) and needs extensive research from the institutional law library, in which He is limited to only about three (3) hours on average per day.

5. The Plaintiff also has pending litigation within the State courts He has to respond toward and those deadlines are also schedule within January, 2006.

January 18, 2006
DATE

Tony E. Grimes
TONY E. GRIMES# 148206

WHEREFORE, premises considered, the Plaintiff **PRAYS** this Honorable Court **GRANT** Him an extension of time at fourteen (14) days in effort that He sufficiently file the appropriate objections to the magistrate's January 6, 2006 "recommendation".

*[signature]*
T.E. GRIMES# 148206

CERTIFICATE OF SERVICE

I CERTIFY I SERVED A COPY OF THIS 'EXTENSION OF TIME MOTION' UPON THE COURT AND DEFENDANTS.

January 18, 2006
DATE

*[signature]*
T.E. GRIMES # 148206
100 Warrior Ln.
Bess., Al. 35023

2.