IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| TONY EUGENE GRIMES, #148 206 | * | |
| Plaintiff, | * | |
| v. | * | 3:05-CV-1105-MEF |
| LEE COUNTY CIRCUIT COURT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The motion for Extension of Time (Doc. No. 9) is GRANTED; and

2. Plaintiff is GRANTED an extension from January 20, 2006 to February 3, 2006 to file his objections to the January 6, 2006 Recommendation of the Magistrate Judge.

Done this 27th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE