IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TONY EUGENE GRIMES, #148206,  *
    Plaintiff,

vs.  *

    civil action no. 3:05-cv-1105-MEF

    *

LEE COUNTY CIRCUIT COURT, et al.;
    Defendants.  *

RECEIVED
2006 FEB -6 A 10: 13

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

Pursuant to applicable Federal Rules, Procedures, Statutes & Practices, the Plaintiff 'Motion' the Court for 'Extension of Time to file Objections' to the magistrate's judge recommendation of January 6, 2006, due to the following:

1. As held by the recent litigation, this Plaintiff is due to file His 'Objections' to the magistrate judge's recommendation by the 3rd of February, 2006.

2. This Plaintiff 'Motion' this Court for an extension of time to file His objections due to the following matters has impeded His process to meet the February 3rd, 2006 'deadline:

    A. institutional lockdowns for the Month of January of 2006, has denied the Plaintiff viable access to the law library for research resultant:

        i. the death of an inmate via physical altercation with other inmates prompted major investigation throughout the institution that curtailed the Plaintiff's preparing the 'objections';

        ii. a correctional officer was arrested/seized with the possession of drugs/contraband in which prompted major institutional curtailment/investigation that thwarted the Plaintiff's preparing the 'objections';

3. The Plaintiff has pending litigation He also has to respond to that involves the State court(s), in which He is diligently attempting meet such deadlines upon that matter.

WHEREFORE, premises considered, this Plaintiff **PRAYS** this Honorable Court **GRANTS** Him an extension of time for fourteen (14) days

to files His 'objections' to the magistrate judge's recommendation of January 6th, 2006.

## CERTIFICATE OF SERVICE

I CERTIFY I SERVED A COPY OF THIS 'EXTENSION OF TIME MOTION' UPON THE COURT AND DEFENDANTS.

JANUARY 31, 2006
DATE

TONY E. GRIMES# 148206
100 Warrior In.
Bess., Al. 35023

2.