IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| TONY EUGENE GRIMES, #148 206 | * | |
| Plaintiff, | * | |
| v. | * | 3:05-CV-1105-MEF |
| LEE COUNTY CIRCUIT COURT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, the Clerk is DIRECTED to substitute the attached page for Page 2 of Document Number 3.

Done this 16th day of March 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

on his filing of the instant lawsuit.

Upon review of the pleadings filed in this case, the court concludes that dismissal of the complaint prior to service of process is appropriate under 28 U.S.C. §1915(e)(2)(B).[1]

## I. DISCUSSION

At its core, Plaintiff's complaint centers around his disappointment that he did not receive the benefit of a recent amendment made to Alabama's habitual felony offender laws. An amendment made to the Habitual Felony Offender Act (Ala. Code § 13A-5-9) in the year 2000 granted state trial court judges discretion to sentence an offender convicted of a Class A felony, having no prior convictions for Class A felonies, to life in prison instead of an automatic sentence of life without parole.[2]

---

[1] A prisoner who is allowed to proceed *in forma pauperis* in this court will have his complaint screened in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B). This screening procedure requires the court to dismiss a prisoner's civil action prior to service of process if it determines that the complaint is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary damages from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

[2] Before May 25, 2000, § 13A-5-9(c), Ala.Code 1975, provided, in pertinent part:

> (c) In all cases when it is shown that a criminal defendant has been previously convicted of any three felonies and after such convictions has committed another felony, he must be punished as follows:
> ....
> (3) On conviction of a Class A felony, he must be punished by imprisonment for life without parole.

Section 13A-5-9(c), Ala.Code 1975, as amended by Act No. 2000-759, Ala. Acts 2000, provides, in pertinent part:

> (c) In all cases when it is shown that a criminal defendant has been previously convicted of any three felonies and after such convictions has committed another felony, he must be punished as follows: