# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

## NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:  Grimes v. Lee County Circuit Court et al**
**Case Number:  3:05-cv-01105-MEF-VPM**

**Referenced Pleading:       Motion to Clarify  - Doc. 19**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**