IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |  |
|---|---|---|
| TONY EUGENE GRIMES, #148 206 | * | |
| Plaintiff, | * | |
| v. | * | 3:05-CV-1105-MEF |
| LEE COUNTY CIRCUIT COURT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Clarify filed on March 13, 2006 wherein he seeks to have the court endorse and/or accept as fact his interpretation of various statements and/or interpretations of legal decisions as set forth in the motion, and for good cause, it is

ORDERED that the motion (Doc. No. 20) be and is hereby DENIED.

Done this 17th day of March 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE