IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| TONY EUGENE GRIMES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-1105-MEF |
| | ) WO |
| LEE COUNTY CIRCUIT COURT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #16) to the Recommendation of the Magistrate Judge (Doc. #3) filed on February 24, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on January 6, 2006, as amended, is adopted;

3. The plaintiff's complaint is DISMISSED with prejudice prior to service of process under the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this the 23rd day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE