IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TONY EUGENE GRIMES,** | * | |
| Plaintiff, | * | |
| vs. | * | 3:05- cv-1105-MEF |
| | * | |
| LEE COUNTY CIRCUIT, COURT, et al., | | |
| Defendants | * | |

RECEIVED

2006 MAR 27 A 10: 08

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

OBJECTION TO MAGISTRATE JUDGE MARCH 17,2006, 'ORDER(s)' DENYING PLAINTIFF PROFFERED MATERIAL FACTS TO COMPLAINT

Pursuant applicable Rules, Statutes, Practices, or Procedure, the Plaintiff files the following 'objections':

1. With Plaintiff's document(s): 'Motion to Clarify', and 'Motion to Clarify No.2', He submitted material facts to His complaint, which could be substantiated or proven by supporting documents, legal holdings and law.

2. The magistrate judge's 'order(s)' of denial on March 17,2006, is hindering and has hindered the Plaintiff's submission of material facts to support His position and complaint.

3. The Plaintiff objects to the 'order(s)' of denial to His submitted material facts due to such denial could/maybe prove fatal to the Plaintiff's establishing His 'Burden of Proof' that He has viable claim(s) within His complaint , in which could be supported by the material facts and law.

WHEREFORE, premises considered, the Plaintiff objects to the magistrate judge's 'order(s)' of denial to His 'Motion to clarify No. 1, No.2.', due to such hinders the Plaintiff's presentation of material facts.

SUBMITTED BY:

*Tony Eugene Grimes*
PLAINTIFF

CERTIFCATE   OF   SERVICE

I CERTIFY ON THE 21 of MARCH, 2006, I SERVED A COPY OF THE 'OBJECTIONS TO MAGISTRATE JUDGE MARCH 17, 2006 ORDER(S)' UPON THE COURT AND FOR SERVICE ON **DEFENDANTS** .

*Tony Eugene Grimes*
TONY EUGENE GRIMES # 148206

2.