IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**TONY EUGENE GRIMES,**
   Plaintiff,

vs.

LEE COUNTY CIRCUIT COURT, et al.,
   Defendants.

3:05-cv-1105-MEF

RECEIVED 2006 MAR 27 A 10: 09
U.S. DISTRICT COURT
MIDDLE DIST ALA

### MOTION TO CLARIFY NO. 3

Pursuant applicable Rules, Statutes, Practice, or Procedure, the Plaintiff moves to 'Clarify' the following:

1. Within the magistrate judge's recommendation of January 6, 2006, (Doc.No.3) & February 27, 2006, (Doc.No.17), those documents stated in pertinent parts:

> "In 2001, Alabama Legislature further amended §13A-5-9 (Act 2001-977) such that sentencing judges or presiding judges were granted authority to retroactively consider early parole sentences..."

2. The Plaintiff moves the Court, via magistrate judge, to show Him where it is a fact that the Act 2001-977, viz. Ala.Code §13A-5-9.1: 'grants judges authority to retroactively consider early parole sentences'.

3. The Plaintiff proffers Kirby v. State, 899 so.2d. 968 (Ala.2004), as conflicts with this Court's rendition in 1,supra., where it states in pertinent parts:

> "...If the trial court does determine that a defendant should received sentence of 'straight' life imprisonment, that resentencing determination may trigger a parole evaluation by the Parole Board if the inmate has served a sufficient amount of time in prison. On the other hand, if an inmate served so little time that He or She is not yet eligible for parole, that resentencing determination will not result in immediate parole consideration. Thus, §13A-5-9.1 **does not confer upon the judicial branch the power to grant parole.**"

see, Kirby v. State, supra., at 973;

4. The Plaintiff moves to "Clarify' the fact that Ala.Code §13A-5-9.1, viz. (Act 2001-977), **DOES NOT grant Alabama judges authority to retro-actively consider early parole!!!**

WHEREFORE, premises considered, the Plaintiff **PRAYS** this Honorable Court **GRANT** HIs 'Motion to Clarify No. 3',or, substantiate its finding with the above reference material in 1, supra.;

SUBMITTED BY:

*[signature: Tony E. Grimes]*
PLAINTIFF

CERTIFICATE OF SERVICE
I CERTIFY ON THE 21 of MARCH,2006, I SERVED A COPY OF THE " CLARIFY MOTION NO.3" UPON THE COURT AND FOR SERVICE UPON THE DEFENDANTS.

*[signature: Tony Eugene Grimes]*
TONY EUGENE GRIMES #148206
100 WARRIOR LN.
BESS., AL. 35023

2.