IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**TONY EUGENE GRIMES,**     *
        Plaintiff,

                       *

vs.                         3:05-cv-1105-MEF

                       *

LEE COUNTY CIRCUIT COURT, et al.,
        Defendants.  *

RECEIVED

2006 MAR 28 A 9: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

    FED.R.CIV.P., RULE 52 FINDINGS BY THE COURT, AND/OR
    PROCEEDINGS TO ALTER, VACATE, OR AMEND OF JUDGMENTS

Pursuant Fed.R.Civ.P., Rule(s) 52(b) and 59(e), the Plaintiff moves the Court as follow:

1. On March 17, 2006, the Plaintiff placed in the U.S. Mail Box at the institution of His confinement a Fed.R.Civ.P., Rule 15(a) amendment to His complaint with a reconstructed Equal Protection Clause claim.

2. On March 21, 2006, the Plaintiff placed in the U.S. MAil Box at the institution of His confinement objections to the magistrate judge's March 17, 2006 'order(s)' denying His presentation of material facts to support His 'Rule 15(a) amendment' to the complaint with the claim of an Ex Post Facto clause violation.

3. This Court has not passed judgment or taken in consideration within it previous judgments the 'Reconstructed amendment of the Equal Protection clause claim', nor the Plaintiff's March 21, 2006 'objections.

4. On March 23, 2006, this Court, via Chief U.S. District Judge:

Mark E. Fuller, entered an 'Order' of dismissal to the 'Complaint' on grounds adopted within the magistrate judge recommendation of January 6, 2006 (as modified on march 16,2006).

5. Pursuant Rule 52(b) and 59(e), the Plaintiff invokes this Court's jurisdiction to alter, vacate or amend its judgment of dismissal His complaint so that proceedings may be **resumed** for disposition of the Plaintiff's March 17,2006 'Amendment to His complaint' or note the Plaintiff objections of March 21,2006.

WHEREFORE, premises considered, the Plaintiff **PRAYS** this Honorable Court **GRANT** the vacating, altering or amending of its March 23,2006 'Order' dismissing the complaint, due to litigation not yet rule upon is **pending** before the Court entered said March 23,2006 Judgment.

SUBMITTED BY:

*Tony Eugene Grimes*
_____
PLAINTIFF

CERTIFICATE OF SERVICE

I CERTIFY ON THE 24 of MARCH, 2006, I SERVED A COPY OF 'RULE 52(b)/RULE 59(e) DOCUMENT FOR FINDINGS BY COURT & TO ALTER,VACATE, OR AMEND JUDGMENT" UPON THE COURT AND FOR ITS SERVICE UPON THE DEFENDANTS.

*Tony Eugene Grimes*
TONY EUGENE GRIMES# 148206
100 WARRIOR LANE
BESS., AL. 35023