IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY EUGENE GRIMES, #148206,  ) | |
| ) | |
| Plaintiff    ) | |
| v.    ) | CASE NO. 3:05-cv-1105-MEF |
| ) | |
| LEE COUNTY CIRCUIT COURT, *et al.*,  ) | |
| ) | |
| Defendants.    ) | |

## **O R D E R**

This cause is before the Court on the plaintiff's Objection to Magistrate Judge March 17, 2006 Orders (Doc. #29) filed on March 27, 2006.  Specifically, plaintiff objects to the Magistrate Judge's order of March 17, 2006 (Doc. #25) denying plaintiff's motion to amend/correct the January 6, 2006 Recommendation.  After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #29) is OVERRULED.

DONE this the 30th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE