IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY EUGENE GRIMES, #148206, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | CASE NO. 3:05-cv-1105-MEF |
| ) | |
| LEE COUNTY CIRCUIT COURT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of plaintiff's Motion to Clarify (Doc. #30) filed on March 27, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 30th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE