IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY EUGENE GRIMES, #148206, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | CASE NO. 3:05-cv-1105-MEF |
| ) | |
| LEE COUNTY CIRCUIT COURT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This cause is before the court on the Fed. R. Civ. P., Rule 52 Findings by the Court, and/or Proceedings to Alter, Vacate, or Amend of Judgments [sic] (Doc. # 31). By this document, Plaintiff moves this court pursuant to Federal Rules of Civil Procedure 52(b) and 59(e) to alter, amend, or vacate its March 23, 2006 Order dismissing the case. As grounds for this motion, Plaintiff notes that on March 21, 2006 he mailed what he characterizes as an amendment to his Complaint (Doc. # 28) to this court. While it appears that the document was received by the Clerk of the Court on March 22, 2006, *due to docketing delay in the office of the Clerk of the Court, it was neither docketed nor made known to the undersigned until after the entry of the Order (Doc. # 26) and Final Judgment (Doc. # 27) disposing of the case on March 23, 2006*. The court notes that after receiving a copy of a Recommendation of the Magistrate Judge that the case be dismissed prior to service, Plaintiff previously filed a motion to amend his Complaint (Doc. #14) seeking to add, *inter alia,* a Equal Protection Clause claim to his suit. His motion for leave to amend was denied because the amended complaint failed to state a claim with any legal merit. (Doc. # 17). The March

22, 2006 "Amended Complaint" appears to represent Plaintiff's attempt to articulate a viable claim under the Equal Protection Clause. Because Plaintiff purports to have amended his Complaint before this court dismissed the claims stated by his original Complaint, the Court will GRANT Plaintiff's motion to alter, amend, or vacate (Doc. # 28). Accordingly, it is hereby ORDERED as follows:

(1) The Order (Doc. # 26) and Final Judgment (Doc. # 27) entered on March 23, 2006 are VACATED.

(2) This matter is REFERRED back to the Magistrate Judge for appropriate action or recommendation on all pretrial matters.

DONE this the 30th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE