## Inmates That Have Received Sentence Reductions Under 13A-5-9.1
### ExParte Kirby.

| Name | Conviction | County | Case No. |
|---|---|---|---|
| 1. Terry McLester | 1st Robbery | Houston | CC 81-881.61 |
| 2. Ronnie Wabbington* | 1st Robbery | Jefferson | CC-82-1146 |
| 3. Johnny Holley, Jr. | 1st Robbery | Tuscaloosa | CC 80-102.69 |
| 4. John Bratton | 1st Robbery | Tuscaloosa | CC 95-670 |
| 5. William Holt | 1st Robbery | Jackson | CC 87-443 |
| 6. James Hopson | 1st Robbery | Jefferson | CC 92-4936 |
| 7. Billy Helms | 1st Robbery | Houston | CC- 1984-739 |
| 8. Dwain Daniel | 1st Robbery | Jefferson | CC 94-3408 |
| 9. Alvin Daniels | 1st Robbery | Jefferson | CC 91-1817 |
| 10. Samuel Thompson | 1st Robbery | Jefferson | CC 84-1480 |
| 11. Larry Gardner | 1st Robbery | Autauga | CC 82-132 |
| 12. William Gates | 1st Robbery | Elmore | CC 81-50 |
| 13. Willie Brewer | 1st Robbery | Houston | CC 86-696 |
| 14. Darren Caudle | 1st Robbery | Madison | CC 92-572 |
| 15. William Sanders | 1st Robbery | Jefferson | CC-80-2379 |
| 16. Jeff Bell/Fawaad [MARTEEN] | 1st Robbery | Jefferson | |
| 17. Jimmy Childers | 1st Burglary | Jefferson | CC 96-5183 |
| 18. Jerald Sanders | 1st Burglary | Mobile | CC 94-3224 |
| 19. Junior Kirby | 1st Trafficking | Jackson | CC 89-252 |
| 20. Rex Norris | 1st Trafficking | Jefferson | CC 93-786 |
| 21. Napoleon Mason | 1st Trafficking | Jefferson | CC-89-2290 |
| 22. Donnie Phillips | 1st Trafficking | Jefferson | CC 99-625.61 |
| 23. Daryl Lewis | 1st Trafficking | Tuscaloosa | CC 99-62 |
| 24. Theon Williams | 1st Trafficking | Jefferson | CC-98-1585/98-6310 |
| 25. Darrell Wilson | 1st Trafficking | Jefferson | CC-95-1897.63 |
| 26. William Bonner | 1st Trafficking | Tuscaloosa | CC 91-2048 |
| 27. Michael Peek | 1st Trafficking | Macon | CC 98-100 |
| 28. Raymond Smith | 1st Robbery | Houston | CC 91-314 |
| 29. Mabra Wright, Jr. | 1st Burglary/Sex. Abuse | Covington | CC 97-169 |
| 30. Vernon McElroy | 1st Trafficking | Etowah | CC 91-281 |
| 31. LaTerrance Williams | 1st Trafficking | Tuscaloosa | CC-98-526 |
| 32. Douglas Gray | 1st Trafficking | Morgan | CC-89-1034 |
| 33. Richard Wiley | 1st Escape | Elmore | CC 95-278 |
| 34. James Edward Henry | 1st Robbery | Jefferson | CC92-4233 |
| 35. Will Yearby | 1st Trafficking | Jefferson | cc96-5434 |
| 36. Edward Eugene Penn | 1st Robbery | Jefferson | CC 85-667 |
| 37. Michael Lang | 1st Trafficking | Jefferson | CC 94-5631 |
| 38. William Jefferson | 1st Trafficking | Madison | CC 97-2240 |
| 39. Marcus Williams | 1st Trafficking | Jefferson | CC 90-889 |
| 40. Timothy L. Jackson | 1st Robbery | Morgan | CC 95-805 |

* William George Wabbington = (alias) = Ronnie Wabbington

** there exist other inmates that has received relief under 13A-5-9.1 that is not on this list!