IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| TONY EUGENE GRIMES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-1105-MEF |
| | )              WO |
| LEE COUNTY CIRCUIT COURT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's "Objection to Magistrate Judge April 11, 2006 Denial of Amendment to Complaint" (Doc. #36) filed on April 19, 2006, it is hereby

ORDERED that the objections are overruled.

DONE this 27th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE