## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |
|---|---|
| **TONY EUGENE GRIMES,** | * |
| Plaintiff, | * |
| | * |
| vs. | * 3:05-cv-1105-MEF |
| | * |
| LEE COUNTY CIRCUIT COURT, et al., | |
| Defendants. | * |

RECEIVED

2006 MAY -5  A 10: 17

### MOTION TO CLARIFY, &/OR, MOTION TO PROVIDE PLAINTIFF COPY OF THE COURT'S DOCUMENT NO. 37

Pursuant applicable Rules, Statutes, Practices, or Procedures, the Plaintiff MOVES this Court to 'Clarify' the following, &/or, provide the following Court Document:

1. On April 28, 2006, the Plaintiff received two (2) documents from this Court's file:

   (i). this Court's : Document #:38, [April 27, 2006 'Order' of Judge Mark E. Fuller], the 'Order' overruled the Plaintiff's objections to magistrate denial of His 'amendment;

   (ii). this Court's : Document #: 40, [April 27, 2006 'Final Judgment' order of Judge Mark E. Fuller];

2. On May 1, 2006, the Plaintiff received one Document from this Court's file:

   - this Court's : Document#: 39, [April 27, 2006 'Order' of JUdge Mark E. Fuller], the 'Order' made mention of this Court's Document # 16 being overruled, Document # 3 being adopted and dismissing the complaint via 28 U.S.C. §1915 (e)(2)(B)(i) and (ii);

3. The Plaintiff moves the Court acknowledge He has not received this Court's "DOCUMENT #: 37", if there exist such a Document.

WHEREFORE, considered premises, the Plaintiff MOTIONS this Court to **provide Him a 'copy'** of this Court's : "DOCUMENT # :37", or, verify if such a 'Document #: 37' exist.

SUBMITTED BY:

*Tony E. Grimes*
Plaintiff

CERTIFICATE OF SERVICE

I CERTIFY ON THE 3rd OF MAY, 2006, I SERVED A COPY THE 'CLARIFY MOTION/PLAINTIFF'S MOTION FOR COPY OF COURT 'DOCUMENT #: 37" ON THE COURT AND FOR SERVICE ON THE DEFENDANTS.

*Tony Eugene Grimes*
TONY EUGENE GRIMES # 148206
100 WARRIOR LN.
BESS., AI 35023

2.