IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| TONY EUGENE GRIMES, #148 206 | * | |
| Plaintiff, | * | |
| v. | * | 3:05-CV-1105-MEF |
| LEE COUNTY CIRCUIT COURT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Plaintiff has filed Motion to Clarify and/or Motion to Provide Plaintiff a Copy of the Court's Document No. 37. He asserts that he has not received Document Number 37, "if there exist such a Document."

Plaintiff is advised that Docket Entry Number 37 is a notice of correction filed by the Clerk. The entry was made to correct an inadvertent failure of Plaintiff's pleading filed April 19, 2006 (Doc. No. 36) to be completely scanned into the court's electronic docketing system. Document Number 37 contains the correct PDF (portable document file) regarding Plaintiff's April 19 filing.

Accordingly, it is ORDERED that Plaintiff's Motion to Clarify and/or Motion to Provide Plaintiff a Copy of Document No. 37 (Doc. No. 41) is GRANTED. The Clerk is DIRECTED to send to Plaintiff a copy of the docket sheet in this matter and a copy of the documents associated with Docket Entry #37, Part 1 & 2.

Done this 9th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE