UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

TONY EUGENE GRIMES,             *

        Plaintiff/Appellant,

                                   *

vs.                                    3:05-cv-1105-MEF

                                   *

LEE COUNTY CIRCUIT COURT, ET AL.,

        Defendants/Appellee. *

### NOTICE OF APPEAL

Notice is hereby given that TONY EUGENE GRIMES, (Plaintiff) in the above named case, hereby appeal to the 'UNITED STATES COURT OF APPEAL FOR THE ELEVENTH CIRCUIT', from the Final Judgment and 'Order' denying Plaintiff's amendment to complaint entered in this action on the __27 th__ day of __April__, 2006.

### REQUEST FOR IN FORMA PAUPERIS

Pursuant Rule 24, Fed.R.App.P., the Plaintiff moves this Court to Grant Him in forma pauperis from this District Court to the Eleventh Circuit Court of Appeals, due to in forma pauperis was Granted with this Court for the action adjudicated by this Court and the Plaintiff's status has not changed since this Court Granted pauperis status at the beginning of this litigation.

SUBMITTED BY: *Tony Eugene Grimes*
TONY EUGENE GRIMES #148206
100 Warrior In.
Bess., Al. 35023