IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED

2005 AUG 18  A II: 40
NO. 06-12780-G

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 17 2006

THOMAS K. KAHN
CLERK

TONY EUGENE GRIMES,

Plaintiff-Appellant,

versus

LEE COUNTY CIRCUIT COURT,
JACOB A. WALKER, III,
Judge, being sued in his official and individual capacity, et al.

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

ORDER:

The appellant, in the district court, filed a notice of appeal and a motion to proceed on appeal

in forma pauperis (IFP). The district court determined that appellant was indigent, and assessed the

$455 appellate filing fee pursuant to the Prison Litigation Reform Act of 1995 (April 26, 1996); see

28 U.S.C. § 1915 (as amended). The district court then certified that this appeal is frivolous and not

taken in good faith.

Because the district court has already determined that the appellant is indigent, and has instituted a partial payment plan under 28 U.S.C. § 1915(a) & (b) (as amended), the only remaining question is whether the appeal is frivolous. See § 1915(e)(2)(B)(i). This Court now find that this appeal is frivolous and DENIES leave to proceed.

Appellant's motion for appointment of counsel is DENIED AS MOOT.

Within 35 days of the date of this order, appellant may file a motion for reconsideration. If the Court does not receive such a motion within 35 days, this appeal will be dismissed for lack of prosecution without further notice, pursuant to Eleventh Circuit Rule 42-1(b).


___/s/ R. Lanier Anderson___
UNITED STATES CIRCUIT JUDGE