IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 06-12780-G

---

TONY EUGENE GRIMES,

                                                                                                                Plaintiff-Appellant,

versus

LEE COUNTY CIRCUIT COURT,
JACOB A. WALKER, III,
Judge, being sued in his official and individual capacity, et al.,

                                                                                                                 Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before    TJOFLAT, ANDERSON and HULL, Circuit Judegs.

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order, dated August 17, 2006, denying leave to proceed on appeal and appointment of counsel. Upon reconsideration, appellant's motion for leave to proceed on appeal is DENIED, and the appeal is dismissed because it is frivolous. See 28 U.S.C. § 1915(b)(1), (e)(2)(B); D.C. Court of Appeals v. Feldman, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed.2d 362 (1923). The district court stated that appellant's proposed amended complaint "attempted" to articulate a viable claim under the Equal Protection Clause, but later properly denied the motion to amend the complaint.

Appellant's motion for appointment of counsel is DENIED AS MOOT.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: Walt Pella
Deputy Clerk
Atlanta, Georgia